## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAWRENCE HOUSE PROPERTY CEDAR LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GREATER NEW YORK MUTUAL INSURANCE COMPANY,<br><br>       Defendant. | Case No. 1:23-cv-04616 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Lawrence House Property Cedar LLC and Defendant, Greater New York Mutual Insurance Company, by their undersigned counsel, that the above-captioned action, inclusive of all pleaded claims, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: January 6, 2025                                Respectfully Submitted,

By: ___/s/ Anthony D. Pesce_____                By: ___/s/ Christopher M. Snow_____

Charles M. Gering
Anthony D. Pesce
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 641-6888
cgering@pedersenhoupt.com
apesce@pedersenhoupt.com

Christopher M. Snow
Matthew S. Ponzi
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North La Salle Street, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
csnow@fgppr.com
mponzi@fgppr.com

*Counsel for Plaintiff Lawrence House Property Cedar, LLC*

*Counsel for Defendant Greater New York Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2025, the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court by the electronic filing system, serving all counsel of record.

/s/ Anthony D. Pesce